# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**
## NO. 02-11-00171-CV


| | |
|---|---|
| ROBERT J. ARCHER, BOBBY ARCHER ENTERPRISES, INC., THE TRACK STORE, L.L.C., AND ATTORNEY LESLIE DEAK | APPELLANTS |

V.

| | |
|---|---|
| DAVID FIORELLI AND PERFORMANCE SPEEDTECH, L.L.C. | APPELLEES |

------------

## FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On May 17, 2011, and June 13, 2011, we notified appellants, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this

---

[1]*See* Tex. R. App. P. 47.4.

appeal unless the $175 filing fee was paid.  *See* Tex. R. App. P. 42.3(c).

Appellants have not paid the $175 filing fee.  *See* Tex. R. App. P. 5, 12.1(b).

Because appellants have failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  July 7, 2011

---

[2] *See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).